IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01911-PSF-BNB

GREG ROBERTS,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,

    Defendant.

## ORDER OF CONSOLIDATION

Upon action of the Court and pursuant to D.C.COLO.LCivR 40.1A and 42.1, this action has been consolidated with Civil Action No. 05-cv-01910-LTB.  It is hereby

ORDERED that the above-captioned case is REASSIGNED to Chief Judge Babcock.

DATED: October 27, 2005

                BY THE COURT:

                s/ Phillip S. Figa
                _____
                Phillip S. Figa
                United States District Judge