IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01911-PSF-BNB

GREG ROBERTS,

     Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,

     Defendant.

---

## AMENDED ORDER OF REASSIGNMENT

---

     This Court's Order of October 27, 2005 (Dkt. # 13) is hereby amended to reflect

that this action has not been consolidated with Civil Action No. 05-cv-01910-LTB, but

rather has been merely REASSIGNED to Chief Judge Babcock.

     DATED: October 28, 2005

BY THE COURT:

s/ Phillip S. Figa

_____

Phillip S. Figa
United States District Judge