**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01910-LTB-CBS
(Consolidated with 05-cv-01911-LTB-BNB; 05-cv-02089-LTB-CBS; 05-cv-02090-LTB-BNB; 05-cv-02101-LTB-OES; and 05-cv-02102-LTB-PAC)

DELBERT C. NIELSEN, III,
    Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,
    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion for Leave to File Late Brief in Support of Motion to Remand (Doc 26 - filed December 16, 2005) is **GRANTED**.  The Brief submitted December 16, 2005 is accepted for filing.

Dated:  December 19, 2005
_____