IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 05-cv-01910-LTB-CBS

DELBERT C. NIELSEN, III,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

 05-cv-01911-LTB-BNB

GREG ROBERTS,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

05-cv-02089-LTB-CBS

ROGER COLBURN,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

05-cv-02090-LTB-BNB

JOHN DOE,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

05-cv-02101-LTB-OES

PAT HERGENRETER,

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____

05-cv-02102-LTB-PAC

JANE DOE (3),

Plaintiff,

v.

ARCHDIOCESE OF DENVER,

Defendant.
_____
ORDER
_____

Upon Defendant's Motion for Preliminary Consolidation (Doc 28 - filed December 23, 2005), it is

ORDERED that the following cases are preliminarily consolidated with the Group 1 Cases for purposes of briefing remand to state court:

1. *John Doe No. 2 v. Archdiocese of Denver, St. Catherine's Church, St. Mary's Catholic Cathedral, and St. Anthony's Catholic Church*, Denver District Court Civil Action No. 05-cv-9632/U.S. District Court Civil Action No. 05-cv-02621-LTB-CBS;

2. *John Doe No. 3 v. Archdiocese of Denver, St. Catherine's Church, St. Mary's Catholic Cathedral, and St. Anthony's Catholic Church*, Denver District Court Civil Action No. 05-cv-10016/U.S. District Court Civil Action No. 05-cv-02623-LTB-CBS; and

3. *John Doe No. 4 v. Archdiocese of Denver*, Denver District Court Civil Action No. 05-cv-10017/U.S. District Court Civil Action No. 05-cv-02624-LTB-CBS.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: January 4, 2006