**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01910-LTB-CBS
(Consolidated with 05-cv-01911-LTB-BNB; 05-cv-02089-LTB-CBS; 05-cv-02090-LTB-BNB;
05-cv-02101-LTB-OES; 05-cv-02102-LTB-PAC; 05-cv-02621-LTB-CBS; 05-cv-02623-LTB-
CBS; and 05-cv-02624-LTB-CBS)


DELBERT C. NIELSEN, III,
              Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,
              Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        Defendant Archdiocese of Denver's Motion for Preliminary Consolidation (Doc 31 - filed
January 9, 2006) is **GRANTED**.  The following cases are preliminarily consolidated with the
Group 1 cases for purposes of briefing remand to state court:

              United States District Court Case No. 06-cv-00029-LTB-CBS - *John Doe No. 5
              v. Archdiocese of Denver, St. Catherine's Church, St. Mary's Catholic Cathedral,
              and St. Anthony's Catholic Church*, Denver District Court Civil Action No. 05-cv-
              10351; and

              United States District Court Case No. 06-cv-00028-LTB-CBS - *Leonard Roskop
              v. Archdiocese of Denver*, Denver District Court Civil Action No. 05-cv-10350.


Dated:  January 11, 2006
_____