**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01910-LTB-CBS
(Consolidated with 05-cv-01911-LTB-BNB; 05-cv-02089-LTB-CBS; 05-cv-02090-LTB-BNB; 05-cv-02101-LTB-OES; 05-cv-02102-LTB-PAC; 05-cv-02621-LTB-CBS; 05-cv-02623-LTB-CBS; 05-cv-02624-LTB-CBS; 06-cv-00028-LTB-CBS; and 06-cv-00029-LTB-CBS)

DELBERT C. NIELSEN, III,
       Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,
       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant Archdiocese of Denver's Motion for Preliminary Consolidation (Doc 34 - filed January 27, 2006) is **GRANTED**.  The following cases are preliminarily consolidated with the Group 1 cases for purposes of briefing remand to state court:

      United States District Court Case No. 06-cv-00155-LTB-CBS - *John Doe No. 6 v. Archdiocese of Denver and St. Catherine's Church,* Denver District Court Civil Action No. 06-cv-0243; and

      United States District Court Case No. 06-cv-00156-LTB-CBS - *John Doe No. 7 v. Archdiocese of Denver, St. Catherine's Church, St. Mary's Catholic Cathedral, and St. Anthony's Catholic Church,* Denver District Court Civil Action No. 06-cv-0244.

Dated:  January 30, 2006
_____