**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CHIEF JUDGE LEWIS T. BABCOCK**

_____

| | |
|---|---|
| Courtroom Deputy:   Deborah Hansen | Date:   February 3,,2006 |
| Court Reporter:        Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No.  05-cv-01910-LTB-CBS | <u>Counsel:</u> |
| DELBERT C. NIELSEN, III, | Adam Horowitz |
| Plaintiff, | |
| v. | |
| ARCHDIOCESE OF DENVER, | Charles Goldberg |
|  | Scott Browning |
| Defendant. | Douglas Tumminello |

_____

05-cv-01911-LTB-CBS

| | |
|---|---|
| GREG ROBERTS, | Adam Horowitz |
| Plaintiff, | |
| v. | |
| ARCHDIOCESE OF DENVER, | Charles Goldberg |
|  | Scott Browning |
| Defendant. | Douglas Tumminello |

_____

05-cv-02089-LTB-CBS

| | |
|---|---|
| ROGER COLBURN, | Adam Horowitz |
| Plaintiff, | |
| v. | |
| ARCHDIOCESE OF DENVER, | Charles Goldberg |
|  | Scott Browning |
| Defendant. | Douglas Tumminello |

_____

Civil Action No. 05-cv-02090-LTB-CBS                    *Counsel:*

JOHN DOE,                                               Adam Horowitz

Plaintiff,

v.

ARCHDIOCESE OF DENVER,                                  Charles Goldberg
                                                        Scott Browning
Defendant.                                              Douglas Tumminello
_____

05-cv-02101-LTB-CBS

PAT HERGENRETER,                                        Adam Horowitz

Plaintiff,

v.

ARCHDIOCESE OF DENVER,                                  Charles Goldberg
                                                        Scott Browning
Defendant.                                              Douglas Tumminello
_____

05-cv-02102-LTB-CBS

JANE DOE (3),                                           Adam Horowitz

Plaintiff,

v.

ARCHDIOCESE OF DENVER,                                  Charles Goldberg
                                                        Scott Browning
Defendant.                                              Douglas Tumminello
_____

## COURTROOM MINUTES
_____

### HEARING - STATUS/SCHEDULING

02:00 p.m.     Court in Session

Appearances

Court's comments

02:05  Argument by Mr. Goldberg

2

02:32  Argument by Mr. Horowitz

02:42  Argument by Mr. Roberts

02:47  Argument by Mr. Tisdale

02:53  Argument by Mr. Goldberg

02:57  Court's findings entered on the record

**ORDERED:  The motions to remand for lack of subject matter jurisdiction are GRANTED**.

The Court will enter a written Order.

03:00 p.m.   Court in Recess
             Hearing concluded
             Time: 60 minutes